UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ZACHARY KAHN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

AUDIBLE, INC.,

Defendant.

No. 2:26-cv-03073-JHC

STIPULATION AND ORDER FOR BRIEFING SCHEDULE ON MOTION TO DISMISS

**STIPULATION**

Plaintiff Zachary Kahn ("Plaintiff") and Defendant Audible, Inc. ("Defendant," and collectively with Plaintiff, the "Parties"), by and through their counsel of record, stipulate and agree, subject to the Court's approval, as follows:

1. Plaintiff filed a Class Action Complaint in King County Superior Court Case No. 26-2-22290-8 SEA on July 10, 2026;

2. Plaintiff served Defendant with a copy of the Complaint and summons on July 30, 2026;

3. Defendant removed this case to this Court on August 28, 2026. (Dkt. 1);

4. Absent extension, Defendant's deadline to respond to Plaintiff's Complaint is September 4, 2026. Fed. R. Civ. P. 81(c)(2)(c);

5. Defendant intends to respond to Plaintiff's Complaint by filing a Motion to Dismiss under Rule 12(b)(6);

THEREFORE, subject to the approval of the Court, the Parties agree as follows:

A. Defendant shall file a Motion to Dismiss on or before October 9, 2026.

B. Plaintiff shall respond to Defendant's Motion to Dismiss on or before November 6, 2026.

C. Defendant shall file a reply in support of its Motion to Dismiss on or before November 20, 2026.

IT IS SO STIPULATED.

DATED this 4th day of September, 2026.

EMERY REDDY PC

s/ *M. Anderson Berry* (with permission)
M. Anderson Berry, WSBA #63160
Brook Garberding, WSBA #37140
Gregory Haroutunian (*Pro Hac Vice* forthcoming)
Brandon Jack (*Pro Hac Vice* forthcoming)
Emery Reddy PC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Tel: 916.823.6955
Email: anderson@emeryreddy.com
Email: brook@emeryreddy.com
Email: gregory@emeryreddy.com
Email: brandon@emeryreddy.com

Nick Coulson (*Pro Hac Vice* forthcoming)
Vaughn Stewart (*Pro Hac Vice* forthcoming)
Coulson PC
300 River Pl Dr
Suite 1700
Tel: 313.644.2685
Email: nick@coulsonpc.com
Email: vstewart@coulsonpc.com

*Attorneys for Plaintiff*

DAVIS WRIGHT TREMAINE LLP

s/ *John Goldmark*
John Goldmark, WSBA #40980
Lauren B. Rainwater, WSBA #43625
Rachel Herd, WSBA #50339
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Tel: 206.622.3150
Email: johngoldmark@dwt.com
Email: laurenrainwater@dwt.com
Email: rachelherd@dwt.com

Meagan A. Himes, WSBA #60030
Michaela A. Giuggio, WSBA #63991
560 SW 10th Avenue, Suite 700
Portland, OR 97205
Tel: 503.241.2300
Email: meaganhimes@dwt.com
Email: michaelagiuggio@dwt.com

*Attorneys for Defendant*
*Audible, Inc.*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. Defendant's Motion to Dismiss will be due on or before October 9, 2026. Plaintiff shall respond to Defendant's Motion to Dismiss on or before November 6, 2026. Defendant shall file a reply in support of its Motion to Dismiss on or before November 20, 2026.

DATED this 8th day of September, 2026.

John H. Chun

John H. Chun
UNITED STATES DISTRICT JUDGE